Filing # 127701344 E-Filed 05/27/2021 04:16:57 PM

| | |
|---|---|
| EDGARDO MIGUEL PEREZ | IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FL |
| PLAINTIFF, | |
| V. | CASE NO. |
| BJ'S WHOLESALE CLUB, INC. | FLORIDA BAR NO. 1003311 |
| DEFENDANT. | |

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, EDGARDO MIGUEL PEREZ, by and through the undersigned counsel, and hereby sues Defendant, BJ'S WHOLESALE CLUB, INC., for damages and alleges as follows:

1. This is an action for damages that exceed the jurisdictional amount of Thirty Thousand and One Dollars ($30,001.00), exclusive of interest, costs and attorney's fees, thereby invoking the subject matter jurisdiction of this Court.

2. At all times material to this Complaint, Plaintiff, EDGARDO MIGUEL PEREZ, was a resident of Lee County, Florida.

3. At all times material to this Complaint, Defendant, BJ'S WHOLESALE CLUB, INC., was a foreign profit corporation authorized to do and doing business in the State of Florida, more specifically in Lee County, Florida.

4. Venue is proper in Lee County, Florida as the incident giving rise to this Complaint occurred in Lee County, Florida.

**Pacin Levine, P.A.**
1150 NW 72nd Avenue, Suite 600, Miami, FL 33126 • Telephone: (305) 760-9085 • Facsimile:(786) 800-3611

Exhibit A
eFiled Lee County Clerk of Courts Page 1

## GENERAL ALLEGATIONS

5. At all times material hereto, Defendant, BJ'S WHOLESALE CLUB, INC., owned, operated, controlled, managed, maintained and/or was legally responsible for the subject premises located at or near 1929 NE Pine Island Rd, Cape Coral, Florida 33909.

6. At all times material hereto, Plaintiff, EDGARDO MIGUEL PEREZ, was a lawful business invitee of the subject premises.

7. On August 2, 2020, Plaintiff, EDGARDO MIGUEL PEREZ, slipped and fell on a dangerous condition (to wit: a liquid substance) while walking within the subject premises resulting in severe and permanent injuries and substantial medical expenses.

8. The transitory substance constituted an unreasonably dangerous condition.

9. The slippery flooring surface on which Plaintiff fell was created by the defendant and/or existed for a sufficient length of time such that Defendant was or should have been aware of it. To the extent Defendant did not create the condition, the condition was of such that it should have been observed by Defendant/Defendant's employees.

10. The dangerous condition existed for a sufficient length of time so that Defendant knew and/or should have known of it.

## COUNT I
## (NEGLIGENCE/PREMISES LIABILITY AGAINST DEFENDANT, BJ'S WHOLESALE CLUB, INC.)

Plaintiff adopts and re-alleges the allegations contained in paragraphs one (1) through ten (10) of the Complaint as if fully incorporated herein and further states;

11. Defendant, BJ'S WHOLESALE CLUB, INC., by and through its employees, servants, agents and/or representatives acting within the course and scope of their employment,

**Pacin Levine, P.A.**
1150 NW 72nd Avenue, Suite 600, Miami, FL 33126 • Telephone: (305) 760-9085 • Facsimile:(786) 800-3611

Exhibit A
eFiled Lee County Clerk of Courts Page 2

owed a duty to maintain its premises in a reasonably safe condition so as to prevent injury to members of the public, including and in particular, Plaintiff, EDGARDO MIGUEL PEREZ.

12. Defendant, BJ'S WHOLESALE CLUB, INC., by and through its employees, servants, agents and/or representatives acting within the course and scope of their employment, was negligent and/or breached its duty of care to the Plaintiff by committing the following acts and/or omissions, including but not limited to:

a. Failing to maintain the subject premises in a reasonably safe condition;

b. Failing to adequately mark, and/or identify a dangerous condition, which it knew or should have known existed in the exercise of reasonable care;

c. Failing to remedy a dangerous condition;

d. Failing to remedy a dangerous condition, which was known by the Defendant and/or should have been known by the exercise of reasonable care;

e. Failing to warn of the dangerous condition;

f. Failing to adopt policies, protocols, and procedure to prevent and/or remedy the dangerous condition;

g. Additional acts or omissions constituting a breach of the duty to use reasonable care and acts of negligence which will be revealed through discovery.

13. Defendant knew, or should have known, that there was a dangerous condition on or about the premises both because it had existed for a sufficient length of time and/or was created by the Defendant and/or its agents.

14. Defendant knew, or, in the exercise of reasonable care should have known, of the condition, or Defendant created the condition either through the acts of its employees, in its

Pacin Levine, P.A.
1150 NW 72nd Avenue, Suite 600, Miami, FL 33126 • Telephone: (305) 760-9085 • Facsimile:(786) 800-3611

Exhibit A
eFiled Lee County Clerk of Courts Page 3

negligent maintenance and/or operation, and Defendant should have corrected the condition or warned Plaintiff of its existence.

15. As a direct, proximate and reasonably foreseeable result of the negligence of the Defendant, BJ'S WHOLESALE CLUB, INC., Plaintiff, EDGARDO MIGUEL PEREZ, suffered bodily injury and resulting pain and suffering, disability, inconvenience, scarring and disfigurement, mental anguish, loss of capacity for the enjoyment of life, lost wages, the loss of future earning capacity. Said losses are permanent and continuing and the Plaintiff will suffer from said losses in the future. Also, Plaintiff incurred and will continue to incur medical, rehabilitation and/or related expenses.

WHEREFORE, Plaintiff, EDGARDO MIGUEL PEREZ, by and through his undersigned counsel, prays for a judgment for damages against Defendant and any other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a trial by jury on all counts so triable as a matter of right together with all interrelated issues.

Pacin Levine, P.A.
*Attorneys for Plaintiff*
1150 NW 72nd Avenue, Suite 600
Miami, FL 33126
(305) 760-9085- Telephone
(786) 800-3611- Facsimile

Pacin Levine, P.A.
1150 NW 72nd Avenue, Suite 600, Miami, FL 33126  • Telephone: (305) 760-9085  • Facsimile:(786) 800-3611

Exhibit A
eFiled Lee County Clerk of Courts Page 4

*Natalie Martinez*

By: *Signed electronically to avoid delay*
Natalie A. Martinez, Esq.
Florida Bar No. 1003311
Pleadings Email: bipleadings@pl-law.com

Pacin Levine, P.A.
1150 NW 72nd Avenue, Suite 600, Miami, FL 33126 • Telephone: (305) 760-9085 • Facsimile:(786) 800-3611

Exhibit A
eFiled Lee County Clerk of Courts Page 5